People v Hudson (2024 NY Slip Op 51281(U))

[*1]

People v Hudson (Michael)

2024 NY Slip Op 51281(U)

Decided on September 16, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 16, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570082/19

The People of the State of New York, Respondent,
against
Michael Hudson, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Frances Y. Wang, J., at plea; Bahaati E. Pitt, J., at sentencing), rendered December 20, 2018, convicting him, upon his plea of guilty, of driving while intoxicated and unlicensed operation of a motor vehicle, and sentencing him, inter alia, to fines totaling $575 and a $395 mandatory surcharge.

Per Curiam.
Judgment of conviction (Frances Y. Wang, J., at plea; Bahaati E. Pitt, J., at sentencing), rendered December 20, 2018, affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545, 558 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]). The combination of the court's oral colloquy with defendant and the detailed written waiver that he signed after consultation with counsel satisfied the requirements of a valid waiver. This waiver forecloses review of defendant's excessive sentence claim (see People v Jackson, 138 AD3d 403 [2016], lv denied 27 NY3d 1152 [2016]).
Regardless of the validity of the waiver of the right to appeal, defendant is not entitled to waiver of the fines and surcharges in the interest of justice pursuant to the Driver's License Suspension Reform Act (DLSRA). The DLSRA does not apply retroactively to defendant who was convicted before the statute's enactment (see People v Castro, 223 AD3d 20 [2023], lv denied 41 NY3d 964 [2024]; People v Urena, 80 Misc 3d 129[A], 2023 NY Slip Op 50981[U][App Term, 1st Dept 2023], lv denied 40 NY3d 1041 [2023]).
In any event, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 16, 2024